```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 09 B 00252
   ELLIE STEWART
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-7734


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/07/2009 and was not confirmed.

     The case was dismissed without confirmation 02/17/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------

EMC MORTGAGE CORPORATION  MORTGAGE NOTI  NOT FILED              .00              .00
EMC MORTAGE               CURRENT MORTG        .00              .00              .00
EMC MORTAGE               SECURED NOT I    34063.12             .00              .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00              .00              .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    24000.00             .00              .00
HSBC AUTO FINANCE         SECURED NOT I        .00              .00              .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG        .00              .00              .00
SELECT PORTFOLIO SERVICI  SECURED NOT I    21176.41             .00              .00
ANTHONY D ANDREW          DEBTOR ATTY          .00                               .00
TOM VAUGHN                TRUSTEE                                                .00
DEBTOR REFUND             REFUND                                                 .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        --------------    --------------
TOTALS                        .00                 .00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 09 B 00252 ELLIE STEWART

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 03/26/09                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```